# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**972**

**CA 13-01908**

PRESENT: SMITH, J.P., FAHEY, LINDLEY, VALENTINO, AND DEJOSEPH, JJ.

---

FISSURE PARTNERS LLC, PLAINTIFF-RESPONDENT,

V                                                                    ORDER

MAXIMUS HILL, LLC, ET AL., DEFENDANTS,
RICHARD FERGUSON, DEFENDANT-APPELLANT,
VLADIMIR SHNEYDER AND RAY ENTERPRISES LLC,
DEFENDANTS-RESPONDENTS.
---------------------------------------------
DEAN J. FERO, ESQ., RESPONDENT.

---

PHETERSON SPATORICO LLP, ROCHESTER (DERRICK A. SPATORICO OF COUNSEL),
FOR DEFENDANT-APPELLANT.

SCHOP, POWELL & ALLEN, WILLIAMSVILLE (DONALD G. POWELL OF COUNSEL),
FOR PLAINTIFF-RESPONDENT.

HISCOCK & BARCLAY LLP, ROCHESTER (SANJEEV DEVABHAKTHUNI OF COUNSEL),
FOR DEFENDANTS-RESPONDENTS.

FERO & INGERSOLL, ROCHESTER (DEAN J. FERO OF COUNSEL), FOR RESPONDENT.

---

Appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered June 26, 2013. The order, among other things, denied the motion of defendant Richard Ferguson to set aside and cancel certain assignments of judgments.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  September 26, 2014                    Frances E. Cafarell
                                                Clerk of the Court